UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILLIP ROBERT BENNINGHOFF,

    Defendant.

**ORDER**
Criminal File No. 09-298-18 (MJD)

Steven L Schleicher, Assistant United States Attorney, Counsel for Plaintiff.

Kassius O Benson, Counsel for Defendant.

This matter is before the Court pursuant to Defendant Phillip Robert Benninghoff's Motions to Seal Document [Docket No. 687].

Based on the submission of Defendant, and upon review of the file, record and proceedings herein, **IT IS HEREBY ORDERED THAT** Defendant's Motions to Seal Document [Docket No. 687] is **DENIED**.

Dated: June 25, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court

1